

# Seo Law Group, PLLC

136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

June 23, 2025

Jiaxin Na, Esq.
Tel: (718) 500-3347
Email: jiaxin@seolawgroup.com

**VIA ECF**
Hon. Magistrate Judge Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11C
New York, NY 10007

> Application GRANTED. The Initial Pretrial Conference currently scheduled for June 26, 2025 is adjourned until August 5, 2025 at 11:00 a.m. SO ORDERED.
>
> Dated: June 24, 2025

Re: **Bautista Molina et al v. Hunts Point Juice Bar & Deli Corp. et al**
    Case No.: 1:25-cv-01189-SDA

Dear Judge Aaron:

    This office represents Defendants in the above-referenced matter. With the consent of Plaintiff's counsel, the undersigned respectfully submits this letter motion requesting an adjournment of the initial conference currently scheduled for June 26, 2025, at 11:00 a.m.

    Pursuant to Section I.D. of Your Honor's Individual Rules, counsel states the following:

1) The original date of the initial conference is June 26, 2025.
2) This is the parties' first request for an adjournment of the initial conference.
3) The reason for this request is that the parties are engaging in settlement discussions expected to be finalized soon, and the undersigned has a scheduling conflict on the currently scheduled date.
4) Plaintiff consents to this request.
5) The requested adjournment will not affect any other deadlines or scheduled dates.

    We thank the Court for its time and attention to this matter.

                                                Respectfully Submitted,
                                                Seo Law Group, PLLC

                                                By: __/s/*Jiaxin Na*_____
                                                Jiaxin Na, Esq.
                                                *Attorneys for Defendants*

cc: All counsel of record (via ECF)
    Attach.