UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEJANDRO BAUTISTA MOLINA and LUIS CRUZ, *individually and on behalf of others similarly situated*,

*Plaintiffs*,

-against-

HUNTS POINT JUICE BAR & DELI CORP. (D/B/A HUNTS POINT JUICE BAR & DELI), ARMANDO GONZALEZ, and MARCOS FLORES,

*Defendants*,
-----------------------------------------------------------------X

Civil Action No. **25-cv-01189-SDA**

**JUDGMENT**

## **JUDGMENT**

On June 24, 2025, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, ALEJANDRO BAUTISTA MOLINA and LUIS CRUZ, have judgment against HUNTS POINT JUICE BAR & DELI CORP. (D/B/A HUNTS POINT JUICE BAR & DELI), ARMANDO GONZALEZ, and MARCOS FLORES, jointly and severally, in the amount of Thiry Thousand Dollars and No Cents ($30,000), which is inclusive of attorneys' fees and costs.

Dated: _____June 24_____, 2025

_____
HON. STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE